**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHRISTOPHER TEREC,

    Plaintiff,

v.                                CASE NO.: 8:16-cv-02615-JSM-MAP

REGIONAL ACCEPTANCE
CORPORATION,

    Defendant.

---

**NOTICE OF PENDING SETTLEMENT**

---

Plaintiff**,** CHRISTOPHER TEREC, by and through his undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, CHRISTOPHER TEREC, and Defendant, REGIONAL ACCEPTANCE CORPORATION, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

                                                */s/Amanda J. Allen, Esq.*
                                                **Amanda J. Allen, Esq**.
                                                Florida Bar No.: 98228
                                               Amanda@TheConsumerProtectionFirm.com
                                               THE CONSUMER PROTECTION FIRM, PLLC
                                               210-A South MacDill Avenue
                                               Tampa, FL 33609
                                               Telephone: (813) 500-1500
                                               Facsimile: (813) 435-2369
                                               *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on August 8, 2017, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

        */s/Amanda J. Allen, Esq.*
Amanda J. Allen, Esq.
Florida Bar No.: 98228
Amanda@TheConsumerProtectionFirm.com
William Peerce Howard, Esq.
Florida Bar No.: 0103330
Billy@TheConsumerProtectionFirm.com
THE CONSUMER PROTECTION FIRM, PLLC
210-A South MacDill Avenue
Tampa, FL 33609
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
*Attorney for Plaintiff*